IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Imaging Systems Technology, Inc., | Case No. 3:15 CV 335 |
| Plaintiff, | O R D E R |
| -vs- | JUDGE JACK ZOUHARY |
| Materion Corporation, et al., | |
| Defendants. | |

This Court held a Phone Status on March 5, 2015. Counsel present: Mark Geudtner and Donald Wedding, Sr. for Plaintiff; David Movius and Matthew Cavanagh for Defendants.

Defendants will be responding to the Complaint by March 30, 2015. It was agreed that a Settlement / Case Management Conference will be held on **Friday, May 1, 2015 at 1:30 p.m.** Lead counsel and parties, or a representative with full authority to negotiate and settle, are to appear in person. Further, each party shall submit an ex parte letter summarizing the settlement position to Chambers by fax (419-213-5680) or e-mail (zouhary_chambers@ohnd.uscourts.gov) three (3) days before the conference.

In the interim, counsel shall complete Rule 26(a) disclosures, discuss a potential Protective Order and complete a Report of Parties, attached to the Case Management Conference Notice filed simultaneously with this Order.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

March 5, 2015