IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Imaging Systems Technology, Inc., | Case No. 3:15 CV 335 |
| Plaintiff, | O R D E R |
| -vs- | JUDGE JACK ZOUHARY |
| Materion Corporation, et al., | |
| Defendants. | |

This Court held a Phone Status on June 25, 2015. Counsel present: Mark Geudtner for Plaintiff; David Movius and Gregory Chemnitz for Defendants.

This Court reviewed with counsel the status of a Protective Order, and gave guidance on resolving issues related to that Order, which shall be filed no later than **June 30, 2015**. Counsel agreed to promptly complete Rule 26(a) disclosures and to engage in focused discovery taking any critical deposition(s). Counsel will advise if assistance is needed regarding a follow-up settlement conference.

Counsel shall file a two-page Joint Status Report by **August 10, 2015**.

IT IS SO ORDERED.

                                                                             s/ *Jack Zouhary*
                                                                             JACK ZOUHARY
                                                                             U. S. DISTRICT JUDGE

                                                                             June 25, 2015